IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER: 2:18-CR- 01017 |
| | ) | |
| -versus- | ) | **NOTICE OF REQUEST FOR** |
| | ) | **PROTECTION FROM COURT** |
| BRANDON THOMPSON | ) | **APPEARANCE** |
| | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned, counsel for the above-named Defendant, would respectfully request protection from court appearances **July 17** through **July 25, 2019** as counsel will be out of the state on a family vacation on these dates.

Pursuant to Local Rule 12.02 of the Local Rules for the District of South Carolina, counsel for the Defendant certifies that because of the nature of this Notice of Request for Protection from Court Appearance, it is counsel's opinion that consultation for the opposing counsel would serve no useful purpose.

Respectfully submitted,

*s/Marco T. Torres*
Marco Torres
Torres Law Firm, PA
604 Savannah Highway
Charleston, SC 29407
(843) 720-3732

Charleston, South Carolina
May 30, 2019

## CERTIFICATE OF SERVICE

  I hereby certify that I electronically filed this motion with the Clerk of Court using the ECF/ECM system that will automatically send email notification of such filing to the following attorney of record for the Government:

**Michael Rhett DeHart**
US Attorney's Office
PO Box 978
Charleston, SC 29402
843-727-4381
Fax: 843-727-4443
Email: rhett.dehart@usdoj.gov

It is so certified this 30th day of May, 2019.

         Respectfully submitted,

         */s/Marco T. Torres*
         Marco T. Torres