IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**CHARLESTON DIVISION**

**United States of America**

vs                                                                                  CR NO. <u>**2:18-1017**</u>

**Brandon Thompson**

# PLEA

The defendant, **Brandon Thompson,** having withdrawn his plea of Not Guilty entered November 28, 2018, pleads **GUILTY to Count(s)** _____**3**_____ of the **Indictment** after arraignment in open court.

_____
(Signed) Defendant

Charleston, South Carolina

June 18, 2019